THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>GAOSHENG LAITINEN,<br>    Defendant. | Case No.: 2:17-cr-00169-GEB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DEADLINE TO POST THE PROPERTY BOND |

## **STIPULATION AND PROPOSED ORDER**

The United States of America through its undersigned counsel, Michael Beckwith, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Gaosheng Laitinen, hereby stipulate the following:

1. By previous order, on September 12, 2017, Gaosheng Laitinen was ordered released on a $75,000 property bond on her property located in Minnesota. The court ordered that the property bond needed to be posted within ten days, September 22, 2017.

2. By this stipulation, Defendant now moves to continue the deadline to post the property bond to October 6, 2017.

3. The Government does not object to the extension.

**IT IS SO STIPULATED.**

- 1 -

DATED: September 25, 2017         /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Gaosheng Laitinen

DATED: September 25, 2017         PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ Michael Beckwith
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: September 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE