THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>GAOESHENG LAITINEN,<br>        Defendant. | Case No.: 2:17-cr-00169-GEB<br><br>STIPULATION AND ORDER FOR AMENDMENT CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended to remove the drug testing condition. All previously ordered conditions of release remain in full force and effect. Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, attorney for Gaosheng Laitinen, agree to the amendment of pretrial release conditions. Pretrial Services has been informed of the request and does not object.

**IT IS SO STIPULATED.**

Dated: December 7, 2017                      /s/ Thomas A. Johnson
                                                                      THOMAS A. JOHNSON
                                                                      Attorney for Gaosheng Laitinen

1

| | |
|---|---|
| | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: December 7, 2017 | /s/ Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: December 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE