**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

United States of America,

     Plaintiff(s),

         Case No.  2:17-CR-00169-GEB-2

v.

Chi Meng Yang, et al.,

     Defendant(s).

I, _____ Murdoch Walker II, Esq. _____,

attorney for _____ Gaosheng Laitinen, Defendant _____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule
180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed
below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.
In support of this petition, I state under penalty of perjury that:

  My business address is:

Firm Name:    Lowther | Walker LLC

Address:     101 Marietta St., NW

       Suite 3325

City:       Atlanta

State:      GA    ZIP Code:  30303

Voice Phone:   ( 843  )_ 540-7903

FAX Phone:    ( 866  ) 819-7859

Internet E-mail:   mwalker@lowtherwalker.com

Additional E-mail:   mwalker@lowtherwalker.com

I reside in City:   Falmouth    State: Maine

I was admitted to practice in the _____State of Georgia_____ on Oct. 30, 2014 _____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I have ☒ / have not  concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____US v. Gabriel Cortez, 1:18-CR-00060-LJO-SKO; August 17, 2018, Granted._____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: _____J.P Brennan, Esq._____

Firm Name:   Brennan Defense

Address:    901 H Street, Suite 303
            Sacramento, CA 95814

City:

State: _____CA_____ ZIP Code: _____95814_____

Voice Phone: ( _____916_____ ) _____498 -1776_____

FAX Phone:   ( _____

E-mail:   info@brennan-defense.com_____

Dated: _____10.31.18_____     Petitioner: _____

**ORDER**

       IT IS SO ORDERED.

Dated:  November 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge