LAW OFFICES OF KAREN L. GOLDSTEIN
Karen L. Goldstein (State Bar No. 229965)
1645 N. Vine Street, Suite 306
Los Angeles, CA 90028
Telephone: 888.445.6313
Facsimile: 323.467.7228
kgoldstein@klgcriminaldefense.com

Attorney for Defendant
Gaosheng Laitinen

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  LAITINEN GAOSHENG,  Defendant. | CASE NO. CR 17-169-JAM-2  **AMENDED STIPULATION TO CONTINUE SENTENCING HEARING**  **Current Date**: June 7, 2022  **Proposed Date**: August 23, 2022  **Before the Honorable John A. Mendez** |

TO THE HONORABLE JUDGE MENDEZ AND ASSISTANT UNITED STATES ATTORNEYS JAMES CONOLLY AND AARON PENNEKAMP

Defendant, Gaosheng Laitinen, by and through her defense counsel, Karen L. Goldstein, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys, James Conolly and Aaron Pennekamp, stipulate as follows:

1. On February 22, 2023, Gaosheng Laitinen pleaded guilty to Counts One and Two of the Superseding Information.
2. Sentencing is currently scheduled for June 7, 2022.
3. On February 24, 2022, defense counsel Karen L. Goldstein substituted in as

STIPULATION AND ORDER TO CONTINUE SENTENCING

1. attorney of record.

4. Defense counsel is new to the case and needs to carefully review and digest the voluminous discovery in order to prepare effective mitigation for sentencing and also to meet with the government regarding its sentencing position.

5. As such, the parties have conferred and agree to continue the sentencing date to allow Ms. Goldstein sufficient time to prepare for sentencing.

6. The parties respectfully request that sentencing be continued from June 7, 2022, to August 23, 2022.

IT IS SO STIPULATED.

Dated: March 16, 2022    */s/ Karen L. Goldstein*
Attorney for Defendant
Gaosheng Laitinen

Dated: March 16, 2022    */s/ James Conolly*
James Conolly
Aaron Pennekamp
Assistant United States Attorneys
Attorneys for Plaintiff
United States of America

STIPULATION AND ORDER TO CONTINUE SENTENCING

2

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED,** and pursuant to the stipulation of the parties, that the sentencing for Gaosheng Laitinen shall be continued from June 7, 2022, to August 23, 2022, at 9:30am. The previously scheduled sentencing date of June 7, 2022, is hereby vacated.

IT IS SO ORDERED.

DATED:  March 16, 2022         /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         UNITED STATES DISTRICT COURT JUDGE