UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAOSHENG LAITINEN,<br><br>Defendant. | CASE NO. 2:17 CR-169-JAM-2<br><br>**ORDER GRANTING REQUEST TO SEAL SENTENCING MITIGATION VIDEO** |

**UPON GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED** that Defendant Gaosheng Laitinen's request to seal is granted. Defendant Gaosheng Laitinen's Sentencing Mitigation Video (submitted on a USB flash drive), and Unopposed Request to Seal Gaosheng Laitinen's Mitigation Video, shall both be filed under seal.

DATED: August 10, 2022         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE