**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GAOSHENG LAITINEN,<br><br>        Defendant. | CASE NO. 2:17 CR-169-JAM-2<br><br>**ORDER GRANTING REQUEST TO SEAL SENTENCING POSITION AND EXHBITS** |

**UPON GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED** that Defendant Gaosheng Laitinen's request to seal is granted. Gaosheng Laitinen's Sentencing Position and Exhibits, as well as Defendant's Unopposed Request to Seal Sentencing Position and Exhibits, shall be filed under seal.

DATED: September 21, 2022    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE